**LEE & PERLES, L.L.P.**     *     NO. 2021-CA-0071
**FORMERLY KNOWN AS LEE,**
**FUTRELL & PERLES, L.L.P.,**     *
**GARY A. LEE AND RICHARD**     COURT OF APPEAL
**M. PERLES**     *

    FOURTH CIRCUIT
**VERSUS**     *

    STATE OF LOUISIANA
**RESOLUTE MANAGEMENT,**    * * * * * * *
**INC., ONEBEACON AMERICA**
**INSURANCE COMPANY,**
**LAMORAK INSURANCE**
**COMPANY, FORMERLY**
**KNOWN AS AND/OR**
**SUCCESSOR TO ONEBEACON**
**AMERICA INSURANCE**
**COMPANY AND**
**COMMERCIAL UNION**
**INSURANCE COMPANY,**
**TAYLOR WELLONS, POLITZ**
**& DUHE, PLC AND SAMUEL**
**M. ROSAMOND, III**

APPEAL FROM
CIVIL DISTRICT COURT, ORLEANS PARISH
NO. 2019-06608, DIVISION "A"
Honorable Ellen M Hazeur, Judge
* * * * * *
**Judge Tiffany Gautier Chase**
* * * * * *

**On Application for Rehearing**

(Court composed of Judge Paula A. Brown, Judge Tiffany Gautier Chase, Judge
Nakisha Ervin-Knott)

Caleb H. Didriksen, III
Erin Bruce Saucier
Carl A. "Trey" Woods, Esq.
DIDRIKSEN SAUCIER WOODS & PICHON
3114 Canal Street
New Orleans, LA 70119

    COUNSEL FOR PLAINTIFF/APPELLANTS LEE & PERLES, GARY A.
    LEE, PAULA LEE AND RICHARD A. PERLES

Ewell E. Eagan, Jr.
Phillip J. Antis, Jr.
GORDON, ARATA, MONTGOMERY, BARNETT, MCCOLLAM,
DUPLANTIS & EAGAN, LLC
201 St. Charles Avenue, 40th Floor
New Orleans, LA 70170

Daniel E. Davillier
DAVILLIER LAW GROUP
935 Gravier Street, Suite 1702
New Orleans, LA 70112

  COUNSEL FOR DEFENDANT/APPELLEE HUNTINGTON INGALLS
  INCORPORATED

        **REHEARING GRANTED; RELIEF
        DENIED; APPELLATE JUDGMENT
        OF NOVEMBER 25, 2024
        MAINTAINED**

        **DECEMBER 12, 2024**

Appellant, Lee & Perles, L.L.P., seeks rehearing of this Court's November 25, 2024 opinion affirming the October 15, 2020 decision of the trial court. For the reasons set forth below, we grant Lee & Perles' application for rehearing, deny relief and affirm our original opinion.

Lee & Perles submits six issues for rehearing; however, we find only one merits consideration. Specifically, Lee & Perles requests this Court accept certain documents as evidence despite the fact that the documents were not a part of the trial court's record. The documents consist of a pre-existing Memorandum of Understanding and settlement agreement between Huntington, Resolute and Travelers.[1] This Court cannot consider evidence not introduced or proffered in the trial court. *Melerine v. O'Connor*, 2013-1073, p. 8 (La.App. 4 Cir. 2/26/14), 135 So.3d 1198, 1205 (observing that "[a] court of appeal is a court of record, which must limit its review to evidence in the record before it. An appellate court cannot review evidence that is not in the record on appeal and cannot receive new

---

[1] On the morning of December 9, 2024, the last day to file its application for rehearing, Lee & Perles filed a motion for leave to file the above-referenced documents under seal. This Court denied the motion.

1

evidence.") (citations omitted). Accordingly, the original opinion of this Court is affirmed.

2

**REHEARING GRANTED; RELIEF DENIED; APPELLATE JUDGMENT OF NOVEMBER 25, 2024 MAINTAINED**